PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 3 0 2019

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Errick Devon Mathis / 1605 2114
Plaintiff's Name and ID Number

DCSD / Parkland / P.O. Box 660334, Dallas, TX. 75266-0334
Place of Confinement

**3-19CV-1306C**

CASE NO. _____
(Clerk will assign the number)

v.     (underlying)
"Each in their official capacities As representatives of the state of Texas"

Faith Johnson, TX. State CDA), Frank crowley courts Bldg, 133 N.
Defendant's Name and Address  RiverFront Blvd, LB 19, Dallas, TX 75207-4399 (Now gone)

Mr. John creuzot, TX. state CDA), Frank crowley courts Bldg, 133 N. river front Blvd,
Defendant's Name and Address  LB 19, Dallas, TX 75207-4399 (Current)

TX. State Prosecutor(s) of cause # F1676388, 363rd dist. courts DA, P.O. Box 13287, Austin, TX
Defendant's Name and Address  78711, Frank crowley courts Bldg, 133 N. river front Blvd,
( DO NOT USE "ET AL.")    Dallas, TX 75207-4399

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1.   To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.   Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.   You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.   When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor.  You must also include a current six-month history of your inmate trust account.  If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915.  Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner.  If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account.  Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date.  Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief.  Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES___NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: 04/27/2018

        2.  Parties to previous lawsuit:

            Plaintiff(s) Errick Devon Mathis / 1605a114

            Defendant(s) Mathis v. Brown, Valdez, Barry · Policymakers, DCSO/Parkland et al

        3.  Court: (If federal, name the district; if state, name the county.) Northern district (Dallas) TX

        4.  Cause number: 3:18-cv-01078

        5.  Name of judge to whom case was assigned: Judge David C Godbey

        6.  Disposition: (Was the case dismissed, appealed, still pending?) still pending

        7.  Approximate date of disposition: as of this date of March 14th 2019

1. Previous Lawsuites:

  1. 7/31/2018

2. Parties to previous Lawsuites:
    Plaintiff(s) Errick Devon Mathis / 1605a114
    Defendant(s) <u>MARIAN Brown (DCSD) sheriff/ policymaker;
    Lupe Valdez, (DCSD) person of Intrest, former
    sheriff, former policymaker; DR. AHMED,
    (DCSD)/ parklands, Mental/ medical Director/
    policymaker; DR. Chris Barry, (DCSD)/ parkland,
    Mental/ medical Director/ policymaker,
    accuser, DSO. A. RILEY #6846 ..</u>

3. Court, district, state, county:
    <u>Northern district (Dallas), TX</u>

4. <u>Cause Number:</u>  3:18-cv-01978

5. Name of Judge to whom case was assigned: Judge Ed. Kinkeade

6. Disposition: dismissed with prejudice, dismissed without prejudice, bad
    ~~~~ ~~pending~~ faith, Frivolos, malicious

7. <u>Approximate date of disfotion:</u> ~~as of this, date~~ 10/15/2018

II.   PLACE OF PRESENT CONFINEMENT: N.T. 2WU13 single cell, P.O. Box 660334, Dallas, TX. 75266-0334

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Errick Devon Mathis/1605a114, N.T. 2WU13 single cell 23/1 confinement (Years), P.O. Box 660334, Dallas, TX. 75266-0334

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Faith Johnson, former Texas state criminal district attorney, (in their official capacities As representatives of the state of Texas)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Mr. John Creuziot, current Texas state criminal district attorney

Defendant #2: Mr. John Creuziot, current Texas state criminal district attorney, (in their official capacities As representatives of the state of Texas) Frank crowley courts-

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2, would be aware of this claim as sworn in in his position From the-

Defendant #3: (Tx. state prosecutor(s)), of cause # F1676388, 363rd dist. courts D.A. P.O. Box 13287, Austin TX 79711, Frank crowley courts Bldg. 133 N. riverfront Blvd., Dallas, TX 75207-4399 (In their official capacities as representives of the state of texas - Defendant #3 would also-

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant would knowingly violate plaintiff under state and U.S. const. (Tex. gove code - 51.301(d)) (Tex. statutes) (Cite Tex. Civ. Rem. code) (Title 2, 12.002) (A)(1)'(2)';(3)'; (A)(B)'(C)-

Defendant #4: (Felicia Pitre" said (363rd dist. Clerk), Frank crowley courts Bldg. 133 N. riverfront blvd. Dallas, TX. 75207-4399 (county clerk) (In their official capacities as representives of the state of Texas)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4 would also deprive me of state and U.S. const. Law and rights of Due process course of law to allow unconstitutional court records

Defendant #5: (Judge) Tracy Holmes", (363rd dist. dallas, TX Judge), Frank crowley courts Bldg. 133 N. riverfront Blvd., Dallas, TX 75207-4399, (In their official capacities as representatives of the state of Texas)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5, would make many decisions to allow 363rd courts continue pursuing AN frivolous claim by an state agency and (counsel(s)). (Inclosed) documents or said court documents, show of my Tex. state const., u.s. constitutional Amend. rights blatantly violated whereas AN argued inadmissable cause F1676388 would be with "intent", knowingly, willingly prolonged with perjudice. (In their official capacities as representitives of the state of Texas)

Memorandum / Affidavit
OF LAW        SWORN

B. **Defendant #1.** Frank Crowley courts Bldg., 133 N. Riverfront Blvd.
LB 19, Dallas, TX 75207-4399.— Defendant #1 is to violate plaint-
iff's State of Texas constitutional rights of criminal procedure, U.S. constitutional
Amends of state and Federal Amendment(s), IV. search and siezure, the right to be U.S.C
secure in their own houses, "papers", and "effects". Defendant would knowingly, willingly
allow further prosecution in A cause # F1676388 processing and an "unsealed" court
document/record(s) violating Texas statutes, Title 2, Sub. Title D. 51.301. Vacancy; bo-
nd; seal; signature of clerk, (cite Tex gov. code 51.361. (d)), cite Tex. R. Civ. P. 76(a)
sealing of documents, 76(a)(4), 120(a), 76(a)(6), 76(a)(7), 76(a)(8) (see Roberts, u.s.
C.O.A., Fourth dist., chief Justice Lopez, green, hurderger), (08/29/2003), (Judgement
to Appealant), (No. 04-02-00414)..(Cite fed. R. Civ. P.), (cite N.D. Tex. R.). 79.3, Sealed
documents - Rules 79.3, (a), (b) (1)(2), 79.4. disposition of seal. (See No. 16-20562,
(U.S.C.O.A, fifth cir.), (Rodriguez), (08/21/2017), (Remanded).. "Effects" from the
said "papers", court records (Indictment, Affidavit, supposed filed motions by a court
official), unconstitutionally presented to Plaintiff as pursuant ungoverned by
the above Laws and constitutions holds Defendant(s) At liability (Texas statu-
tes), (Cite Tex. civil practice and Remedies code), (Title 2), 12.002. Liability (a)
(1); (2); (3); (A); (B); (C).. violates Plaintiff Rights #9, #10, #11(a), (b); (1)
(B), (C). #13 #27 of Texas const. Laws.. (see TY Ra v. state
897. S.W. 2d 796), (No. 036-94), (court of criminal Appeals of Texas), (MEYERS)
(april 26, 1995), (Remanded).. VI. U.S.C, VIII. U.S.C, XIV. U.S.C. V. U.S.C.
Amended Rights were violated under state (TX) and U.S. constitution as well.. "Def-
endant #1 will be brought claim against (in their official capacity as a representitive of
the state of Texas) (cite Tx. Rem. C.), (a 1); (1); (2), (a-2)(1)(2); (B): (1): (A); (B)(C).

**Defendant #2.** Bldg., 133 N. riverfront Blvd., LB 19, Dallas, TX 75207-4399 -
Nature of docated previous Lawsuites I, "conditions of imprisonment". As to be prolonged
with prejudice by officials of the state of Texas In A cause # F1676388 by Defendant #1, #3, #4,
#5, #6, #7, #8 and #9 "knowingly and willingly" violating plaintiff un pursuant Texas
state and U.S. constitutional Laws, statutes and Rules us plaintiff governs much of through
Defendant #1. Defendant #2 would send by mail to plaintiff (which I'd Lost moving around), Not-
ice of awareness of previous Lawsuites against Local county officials causing plaintiff visi-
ble physical, mental, emotional injury and distress from neglect and lack of duties, shown with
exhibits/documents as evidence submitted to Northern Dist. (Dallas), fifth circuit court of
appeals.

**Defendant #3.**— violate plaintiff in adjoining violations (citing Tex. Remedies code) (Title 2)
12.002. (a)(1); (2); (3); (A); (B); (C), (Tex. Gove. code 51.301. (d))

Rule 1.03 (A)(B), of the 2½ ~~3~~ years I've been in confinement (excessive), DCSD/parkland, I've Not been Noticed or aware of any" unsealed Judgement Ncr, motion of the "enclosed" sensitive court records/documents redacted unsealed. Therefor, MY Rights have been blatantly in violation ~~for~~ of for 2½ years, which is a vivid term of False imprisonment. Each Named or descripted defendant as an official of this state have been brought upon plea by Plaintiff at numerous hearings "pro se", which the last one on 11/13/2018, I'd plea of my Rights Violated and to have knowleye of that if "any" of the many motions I've submitted to the courts were doceted by clerk felicia pitre. At the heasing I was told pitre was absent. A very slim white Lady would lower herself to walk from a desk right of Judge Holmes and whisper "should I be recording this? The Judge said no. This would be A violation of crim. proc. Also. The 3rd or 4th time I'd select A Jury trial pro se in the 2 plus years held hostage DCSD/parkland by mis-representation and said to be False or fraudulent court documents. on That Date of 11/13/2018 at the un-recorded prose hearing held at or around 11:30 Am - 12:15 pm, the red had been a said set trial date "finally", as The Judge decided with a Black male "first" of 12/16/2018, Then agreed upon 11/03/2018 after asking him if he'd ~~call~~ Subpoena witnesses and he'd said yes. I can Be seen "after An Auditing investigation" being taken from 2wL3g single-cell for court. Then Turned around and put back in 2wL3g single Cell. I'd ~~been~~ been given ~~no~~ NO notice of a rescheduling or Nothing Upon submitting this claim. I'd went to crowley 6/12/2018 to "again" supposedly set trial date by MHMR attorney P. Johnson. There'd be 2 prose hearings prior to 6/12/2018 asking Jury trial each time. If there'd been any sort of med./psych. court ordered hold, I've not been given notice or consented of "anything".

Defendant 4 — be filed unpursuant (Tex. gove. Code 51. 301. (d)) (Tex. R. Civ. P. 76(a), 76(a)(4), 120(a), 76(a)(6), 76(a)(7), 76(a)(8), (fed. R. Civ. P. 79.3, 79.3(a), (b)(1)(2), 79.4). (see inclosed documents).

Defendant #5 — Defendant #5 made a decision to not record the pleadings of plaintiff at a prose hearing on 11/13/2018. At a prior Prose hearing. Defendant #5 would state that no mental health treatment centers would accept me because of drug use history. That did not make any sence. I am not sure if any of

The hearings while here DCSO/Parkland have been recorded.
There has been no notice to plaintiff of any orders or motion to unseal
my court records/documents. If so. Then at the 11/13/2018 hearing
I should've been told as I would plea of the unsealed records.
None of the unsealed documents govern (Tex. Govt. Code 51. 301.) (Tex. R. civ.
P. 76(a), 76(a)(4), 120(a), 76(a)(6), 76(a)(7), 76(a)(8)), (Fed. R. Civ. P. 79.3, 79.3
(a),(b)(1)(2), 79. 4.). The 2½ years pursuing these unconstitutionally filed
documents has blatantly violated plaintiff under Tex. state and federal consti-
tutional law. As well as the misconducting decisions of the courts 363rd.
The said cause is governed by state and U.S. Laws and Rules and statutes that
constitute rights of a pretrial detainee. Plaintiff argues that several of
my rights have been violated. The state has presented no admissable
evidence to solidify or continue pursuing conviction to the said cause.
Plaintiff have been taken advantage of and held under fraudulent
scope of law against my will, even after several pleas and self
submitted motions to the ~~court~~ clerk of courts to the officials
of the courts asking the cause ~~dismiss~~ dismissed. Due to the
intent prolonging of the cause, plaintiff (whom suffers severely mentally
and physically), have been excessively confined under unconstitutional
Jail standards causing wosening of mental distress.

Defendant #6 - (Carl hays), (Initial counsel/public defender of said
cause), (in their official capacities as representatives of the state of Texas). 400 So.
Zang Blvd., Suite 802, Dallas, Texas 75208, Frank Crowley Courts Bldg., 133 N.
riverfront Blvd, Dallas, TX 75207-4399 - (in their official capacities as represen-
tatives of the state of Texas), (Texas statutes, code of crim. p., chap. 16-B statute),
(Cited as Texas code of crim. proc.), (Article 16.06); Counsel and accused may at exa-
mining question the witnesses/accuser." "Neither attorney. Defendant #6 nor defend-
and #7 under Texas and U.S. constitutional Law, statute nor ~~state~~ Rules, were pursuant
to any of these constitutional Laws in the full nature of this claim". The defendant #6, upon
~~court~~ process of this ~~is~~ deemed to be falsified ~~by~~ cause. defendant
would "through postage", mail plaintiff various documents "insufficient" with
motives unconstituting (citing Tex. statutes Tex. Prac. Rem. code 12.002.(a)(1
(2)(3):(A);(B)(C).(a-1):(1);(2),(a-2)(1);(2);(B):(1):(A)(B),(C).

Errick Devon Mathis
Inmate #: 16052114
P.O. Box 660334
Dallas, TX  75266



- Defendant #6 - ⑥ Plaintiff submitted several self single handed motions to 363'rd dist. Dallas county officials of the state of Texas clerk/defendant #4 - clerk of courts. 06/05/2017, I mailed (2) speedy trial motions to the courts. I gave the posted legal court documents to A officer chase (No response). Mailed ① motion for examining of the witness, (1) to dist. clerk, and (1) to dist. clerk/Judge tracy Holmes. (No response). Mailed 07/05/2017.. Posted speedy trial motion on 04/26/2018. Gave mail to than "zwi officer "maxwell", pm Hrs.. ~~the~~ ~~~~ on 03/29/2018, I posted to defendant #4, for defendant #7 P. Johnson (P.O) (1) Letter. 03/29/2018, I posted handwritten copy to defendant #4 for 363rd dist. courts, motion to guash indictment under memorandum of law and affidavit. on 03/29/2018, I posted an original and handwritten copy to Appear pro se. Both sent. The ~~original~~ written copy was sent with plaintiffs self addressed stamp envelope and (clerk) defendant #4's name for plaintiff to recieve an stamp filed copy. No Response on "any" submited Motions to officials of 363'rd dist. involving the said cause. The (enclosed) documents. Through scope of Texas state and U.S. Constional Law, reveals frivolous (with knowing), misconduct by local officials of the state of Texas. Defendants would violate the Plaintiff unpursuant (Tex. R. Crim. P., Art. 32 A), The (enclosed) documents are unpursuant (Tex. R. of Crim. p., Rule 3a, T.R.C.P. local rules). The letter says where defendant would schedule the plaintiff an original pretrial hearing for 07/06/2017, which the presiding Judge/defendant #5 were to supposedly be on "vacation". (Citing T.R.C.P. 3a), governing this Rule, It blatantly proves inaffectiveness of counsel. The ▓ court documents are a shaun unprofessional misconducting Lien, to by ▓ their authority, under scope of the law with intent neglect of my rights use false claim(s), Falsely imprisoning the plaintiff. Rescheduling the hearing to 07/13/2017.. (Enclosed). Documents of the courts pursuant of said cause #F16-76398 OMNIBUS pretrial motion , with filing period and clerk, "unsealed", are frivolous, ungoverning Texas state constitution, statues, rules, U.S. constitutional law statutes, Rules that are explained by plaintiff through this claim.. Motion to dismiss counsel of defendant #4 submited to 363rd dist (no respond) - Motions submitted 05-10-2017

Defendant #7 - "Paul Johnson", (Dallas county public defender) (DCPDO, 133 N. Riverfront Blvd. LB2, Dallas, Tx 75207-4313), (In their official capacities as representatives of the state of Texas).. Upon seeking Defendnat #7 as a MHMR counsel. The P.D. would say I was competent according to (2) state psychiatrists. I'd never claimed incompetent. I'd flea of severe mental/physical Ilnesess which affects me everyday through my life and that I need urgent treatment. Defendant "only" pushes to get A conviction along with the state D.A.'s in this cause even after showing him insufficient court documents presented. asking face the alleged accuser.

Producing medical records from the supposed happenings in the Affidavit, Requesting and filing motion(s) for Jury/speedy trial, Requesting Jury trial at 3 or 4 prose hearings to be unanswed and prolonged and delayed with intent, Knowing prejudice, defenDant being aware of the unconstitutional violations as plaintiff explaines in this claim and not meet any of Plaintiffs requests to argue to have dissmised. Raising arguments from Plaintiff to 363rd dist. of inadmissable evidences becoming inadmissable due to being related to a controlling issue. Closely related to an controlling issue (Tex. court R. ART. x), (Tex. R. of avid.), (Rule 1004(e)), (Rule 901)(b)(4). where altercation began. not having "any" witnesses or evidence from the explained specifics of where the incident began. ~~Plaintiff~~ Issues and arguments of "Intent", following unsound mind". (cited No. 01-31420), (USCoA), (Fifth cir.) (June 23, 2003, June 19, 2003), (Remanded), (Judge BenaviDes), citing Tyra v. state where A deadly weapon finding is not appropriate under Tex. statute unless the evidence supports the conclusion that the accused actually "Intended" to use an object", which "to-wit A Hand is not to "exhibit" an "object". A Hand is a body part that was not with "Intent" meant to harm anyone or cause said ~~sesi~~ Serious bodily injury (A said broken Leg). Nor to with, "Knowing and, "intent", to Rob anyone. Plaintiff came to DCSD 09/26/2016 with $0.00 balance. Plaintiff submitted again motion to dismiss counsel/defendant #7 01/17/2018, to Defendants of 363rd dist. courts of Dallas County Courts. Documents, Rules, statutes, constitution Tex. state/U.S., proves Defendant #7 as ineffective. Circumstances show violations by defendant of "Rule 1.01":(A)(1),(b)(4),(2),(C), 1.03(a)(b). Defendant says theres no admissable evidence in MY favor from where the Affidavit/police report says An altercation began. Theres cameras all over Dart rail Mockingbird station..

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

As explained by plaintiff of pgs. 3, part IV. B. Defendants, each in their official capacities as representitives of The state of Texas Dallas county dist. 363rd, involved in A cause # F1676388 has blatantly violated plaintiff under Tex. state, U.S. constitutional statutes, Rules and constitution. Each has caused injuryies to the plaintiff from suffering from A intent and willingly prolonging with prejudice fraudulent cause. There would be visible physical mental emotional injuries to be inflicted causing emotional distress and mental anguish

VI.   RELIEF:

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

Plaintiff prays and ask the court grant plaintiff relief of dismissal of any pending Tex. state causes ~~owes~~ reward plaintiff compensational damages / monetary damages of $800, 00 -eight-Hundred-dollaes~~ each day spent in custody of DCSO from 09/26/2016 - release, to be court ordered plaintiff pays for -

VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

I've always used Errick Devon Mathis (Birth cirtificate). State and federal officials have mis si'lled my First Name from lack of duties

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

(State 810919), (Fed. 36218 -177), (Current state 16052114)

VIII. SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES __✓__NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date sanctions were imposed:_____

4.  Have the sanctions been lifted or otherwise satisfied? No sanctions        ____YES ____NO

VI. Relief: room and board for mental/AA/NA treatment comple-
te "with cirtificate" presented to the federal Judge as part of conditions of
remainder of (60) months supervised ~~time~~ release term. The $800.00 - Eight-Hundred
dollars each day spent OCSO from 09/26/2016 - release, using 42 U.S.C. 1983 is
asked to be relief granted with PLRA filing request granting Motion
For Leave to Proceed In forma pauperis. Body and nature of
claim as unconstitutional pretrial phase by the defendants in their
official capacities As Texas state and Local Dallas county representat-
ives. for the plaintiff to obtain asked relief upon date of release, the
courts may "either" grant plaintiff asked relief under 28 USC 1331 or
order Defendants in their official capacities as state, Local
representitives compensate asked rewards... plaintiff prays and asks
Motion for move to Appeal in forma pauperis to Fifth Cir., U.S.C. of of
claim (previous), 3:18-CV-1972 granted/remanded to Northern Dist. Judge
Kinkeade pursuant 28 U.S.C. 1915(a)(3) and or FED. R. App. P. 24(a) wh-
ere plaintiff asks courts grant asked monetary rewards for damages by
28 U.S.C. 1331 for claim 3:18-CV-1972.. plaintiff prays and asks previous
claim 3:18-CV-01078 also granted at requested damages by the
plaintiff at 28 U.S.C. 1331.

C. Has any court ever warned or notified you that sanctions could be imposed?    ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): Northern dist, Tex (Dallas) usioas^th cir.

   2. Case number: 3:18-CV-01078 , 3:18-CV-1972

   3. Approximate date warning was issued: documents have been lost due to excessive confined housings

Executed on: 03/17/2019
            DATE

            Errick Devon Mathis/1605a114
            E. Mark
            (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____17^-th____ day of ___March___ , 20 _19_ .
              (Day)                  (month)        (year)

            Errick Devon Mathis /1605a114
            E. Mark
            (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**



**U.S. Department of Justice**

Civil Rights Division

168-73-0/630109                                    *Special Litigation Section - PHB*
                                                   *950 Pennsylvania Avenue, NW*
                                                   *Washington, DC 20530*

April 20, 2018


Errick Mathis
#16052114
Dallas County Sheriffs Department
P.O. Box 660334
Dallas, TX 75266-0334

Dear Mr. Mathis:

Thank you for your letter.  The Special Litigation Section relies on information from community members to identify civil rights violations.  Each week, we receive hundreds of reports of potential violations.  We collect and analyze this information to help us select cases, and we may also use this information as evidence in an existing case.  We will review your letter to decide whether it is necessary to contact you for additional information.  We do not have the resources to follow-up on every letter.

The Special Litigation Section is one of several Sections in the Civil Rights Division.  We work to protect civil rights in four areas:  1) the rights of people in state or local institutions, including:  jails, prisons, juvenile detention facilities, and health care facilities for persons with disabilities (including whether persons in health care facilities should be getting services in the community instead); 2) the rights of people who interact with state or local police or sheriffs' departments; 3) the rights of people to have safe access to reproductive health care clinics or religious institutions; and 4) the rights of people to practice their religion in state and local institutions.  We are not authorized to address issues with federal facilities or federal officials.

If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to find the correct section:  www.justice.gov/crt.

The Special Litigation Section only handles cases that arise from widespread problems that affect groups of people.  We do not assist with individual problems.  We cannot help you recover damages or any personal relief.  We cannot assist in criminal cases, including wrongful convictions, appeals or sentencing.

# STATE BAR OF TEXAS



**CLIENT ATTORNEY
ASSISTANCE PROGRAM
Jessica A. Bergeman, Esq.
Program Director**

**Helpline: 800-932-1900
CAAP@texasbar.com
P.O. Box 12487
Austin, TX 78711-2487
Fax: 512-427-4442**

June 04, 2018

Mr. Errick Devon Mathis 16052114
P.O. Box 660334
Dallas, TX 75266

> RE: Your Letter
> File: 782442

Dear Mr. Mathis:

Thank you for contacting the State Bar of Texas. The Client Attorney Assistance Program (CAAP) is a statewide voluntary dispute resolution service of the State Bar of Texas whose objective is to facilitate communication and foster dialogue in an effort to assist Texas lawyers and their clients in resolving minor concerns, disputes, or misunderstandings within the context of the Attorney-Client relationship. CAAP cannot, however, assist you with any underlying civil or criminal matter, provide legal advice, or take any action to remove, replace or compel your attorney to respond or take specific action.

We have received your letter. Please see the marked paragraph below that applies to your request:

____1. To remove and/or replace a court appointed attorney or public defender, contact the Court Coordinator where your case is pending to have your request addressed. The State Bar of Texas has no jurisdiction or authority to remove/replace attorneys.

____2. To obtain court records or transcripts, contact the Court Clerk's office where your case was heard to make your request. Please be advised that pursuant to the rules of the jurisdiction, you may or may not be entitled to the documents requested, or there may be a fee associated with the copying of documents.

__x__3. The State Bar of Texas does not have jurisdiction over the Court/Judges/Jail Facility. We are unable to look into the merits of your court case. You may need to contact the State Commission on Judicial Conduct at P.O. Box 12265 Austin, TX 78711 to have your questions and concerns addressed.

____4. CAAP might be able to assist you in re-establishing communication with your attorney. Please review our enclosed information.

__x__ 5. Pro bono attorney: we do not provide pro bono legal services. Enclosed please find a list of resources where you may write and express your concerns.

Sincerely,
Client Attorney Assistance Program Staff
Enclosure

*I am a lawyer. I am entrusted by the People of Texas to preserve and improve our legal system.
I am licensed by the Supreme Court of Texas. I must therefore abide by the Texas Disciplinary Rules of Professional Conduct,
but I know that Professionalism requires more than merely avoiding the violation of laws and rules.
I am committed to this Creed for no other reason than it is right.*

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 4, 2019

Errick Devon Mathis
Inmate #: 16052114
P.O. Box 660334
Dallas, TX 75266

Re: Correspondence Dated December 17, 2018

Dear Mr. Mathis:

Please be advised that your recent letter submitted to our office is being returned to you for one (1) or more of the following reasons:

_____ 1. The Attorney-Client Privilege and Confidentiality Waiver (Part VI) is not signed. Please sign and return with the rest of the information.

__X__ 2. A grievance can only be filed against individual attorneys, not against law firms as a whole. **Use a separate form for each attorney about whom you are complaining.** Please identify the attorney's name and address.

_____ 3. The information you have provided should be submitted on a State Bar grievance form. This form can be submitted via our online website at http://cdc.texasbar.com, or by completing the attached form and returning it to our office by mail or fax at 512-427-4169.

_____ 4. The additional information you provided in support of your grievance was not received within (10) days of submitting your grievance and therefore has not been considered with your pending grievance.

_____ 5.

Please take appropriate action to correct the above referenced items and return all correspondence to the **State Bar of Texas, Office of the Chief Disciplinary Counsel, P.O. Box 13287, Austin, Texas 78711, or await the outcome of a BODA appeal before resubmitting.**

Sincerely,

Office of the Chief Disciplinary Counsel
State Bar of Texas

OFFICE OF THE CHIEF DISCIPLINARY COUNSEL
STATE BAR OF TEXAS
GRIEVANCE FORM

RECEIVED

DEC 17 2018

Chief Disciplinary Counsel
State Bar of Texas

ONLINE FILING AVAILABLE AT http://cdc.texasbar.com.

I.   GENERAL INFORMATION

Before you fill out this paperwork, there may be a faster way to resolve the issue you are currently having with an attorney.

If you are considering filing a grievance against a Texas attorney for any of the following reasons:

~     You are concerned about the progress of your case.
~     Communication with your attorney is difficult.
~     Your case is over or you have fired your attorney and you need documents from your file or your former attorney.

You may want to consider contacting the Client-Attorney Assistance Program (CAAP) at 1-800-932-1900.

CAAP was established by the State Bar of Texas to help people resolve these kinds of issues with attorneys quickly, without the filing of a formal grievance.

CAAP can resolve many problems without a grievance being filed by providing information, by suggesting various self-help options for dealing with the situation, or by contacting the attorney either by telephone or letter.

I have _____ I have not ___✓___ contacted the Client-Attorney Assistance Program.

If you prefer, you have the option to file your grievance online at http://cdc.texasbar.com.

In order for us to comply with our deadlines, additional information/documentation that you would like to include as part of your grievance submission must be received in this office by mail or fax within (10) days after submission of your grievance. This information will be added to your pending grievance. Information received after that timeframe will be returned and not considered. Thank you for your cooperation in this matter.

NOTE: Please be sure to fill out each section completely.  Do not leave any section blank. If you do not know the answer to any question, write "I don't know."

Emaths | 16 09 2114

Chief dis. Counsel

Left no identity

0617                                                                                1

II. INFORMATION ABOUT YOU -- PLEASE KEEP CURRENT

1.  TDCJ/SID # _1605211U_    ☐ Mr. _Errick Devon Mathis/16052114_  ☐ Ms. Name: _____
    Immigration # _____

    Address: _P.O. Box 660334, Dallas, TX 75266-0334_

    _____

    City: _Dallas_    State: _Texas_    Zip Code: _75266-0334_

2.  Employer: _____

    Employer's Address: _____

    _____

3.  Telephone numbers: Residence: _____    Work: _____
    Cell: _214-571-8285_

4.  Email: _____

5.  Drivers License # _____    Date of Birth _08-27-1974_

6.  Name, address, and telephone number of person who can always reach you.

    Name _Rita Mathis-Patsy Mathis_    Address _2311 Anzio Dr. #134, Dallas TX._

    _75224_    Telephone _214-571-8285 - 214-943-3640_

7.  Do you understand and write in the English language? _Yes_
    If no, what is your primary language? _____
    Who helped you prepare this form? _Kiosk/inmate helper_
    Will they be available to translate future correspondence during this process? _Yes_

8.  Are you a Judge? _No_
    If yes, please provide Court, County, City, State: _____

III. INFORMATION ABOUT ATTORNEY

Note: Grievances are not accepted against law firms. You must specifically name the attorney against whom you are complaining. A separate grievance form must be completed for each attorney against whom you are complaining.

1.  Attorney name: ~~Settings~~/Paul Johnson    Address: _PDO-Frank Crowley courts Bldg._
    _133 N. Riverfront Blvd., 9th Fl._
    _Dallas, TX 75207_

0617                                                                                    2

City: Dallas          State: TX          Zip Code: 75207

2.   Telephone number: Work 214-653-3550 Home _____ Other _____
3.   Have you or a member of your family filed a grievance about this attorney previously?
     Yes ✓ No ⊘ If "yes", please state its approximate date and outcome. ( yes ) -

     motion to 363rd to dismiss counsel-commission of Judicial Conduct - Was told Paul
     Johnson has to go to trial with cause

     Have you or a member of your family ever filed an appeal with the Board of Disciplinary
     Appeals about this attorney?

     Yes _____ No ✓ If "yes," please state its approximate date and outcome.

     _____

4.   Please check one of the following:
            This attorney was **hired** to represent me.
       ✓    This attorney was **appointed** to represent me.
            This attorney was hired to represent **someone else.**

     Please give the date the attorney was hired or appointed.  N/A - Not sure

     Please state what the attorney was hired or appointed to do. Supposedly MHMR

     _____

     _____

5.   What was your fee arrangement with the attorney?  NONe

     _____

     How much did you pay the attorney?  Nothing

     _____

     If you signed a contract and have a copy, please attach.
     If you have copies of checks and/or receipts, please attach.
     **Do not send originals.**

6.   If you did not hire the attorney, what is your connection with the attorney? Explain briefly
     miscomunications, denied my u.s const. Rights, Them onley to get A plea deal

     and conviction on A frivolous cause and indictment.

7.  Are you currently represented by an attorney? _Yes_
    If yes, please provide information about your current attorney: _Paul Johnson has not fulfilled requ-_

    _osts by me to see medical records of accusser, my signature/consent at many_
    _relevancys, seeks conviction with D.A. Not needed mental health acknowleges_

8.  Do you claim the attorney has an impairment, such as depression or a substance use
    disorder? If yes, please provide specifics (your personal observations of the attorney
    such as slurred speech, odor of alcohol, ingestion of alcohol or drugs in your presence
    etc., including the date you observed this, the time of day, and location).

    _Becomes angry after asking pia se of better understanding MHMR Attorney to_

    _see the frivolous cause. Became angry Not pleaing, Keept saying set for speedy trial_
    _but did not_

9.  Did the attorney ever make any statements or admissions to you or in your presence that
    would indicate that the attorney may be experiencing an impairment, such as depression
    or a substance use disorder? If so, please provide details.

    _No_

## IV. INFORMATION ABOUT YOUR GRIEVANCE

1.  Where did the activity you are complaining about occur?

    County: _DCSD_      City: _Dallas_

2.  If your grievance is about a lawsuit, answer the following, if known:

    a. Name of court _____

    b. Title of the suit _____

    c. Case number and date suit was filed _____

    d. If you are not a party to this suit, what is your connection with it? Explain briefly.

    _____

    **If you have copies of court documents, please attach.**

3.  Explain in detail why you think this attorney has done something improper or has failed
    to do something which should have been done. Attach additional sheets of paper if
    necessary.

Supporting documents, such as copies of a retainer agreement, proof of payment, correspondence between you and your attorney, the case name and number if a specific case is involved, and copies of papers filed in connection with the case, may be useful to our investigation. Do not send originals, as they will not be returned. Additionally, please do not use staples, post-it notes, or binding.

Include the names, addresses, and telephone number of all persons who know something about your grievance.

Also, please be advised that a copy of your grievance will be forwarded to the attorney named in your grievance.

On 11/12, 13 or 16 / 2018, I'd see Judge Holmes 363rd pro se, I'd explain that I'd been in ncsn since 09/26/2016 given a unsealed indictment, a frivolous charge(s), Johnson has told me I have no mental Illness. Johnson has given me no documents in right of Speedy trial RoI, facing accusser nor hearings. Has prolonged my stay here

V.  HOW DID YOU LEARN ABOUT THE STATE BAR OF TEXAS' ATTORNEY
    GRIEVANCE PROCESS?

|     |               |     |          |
| --- | ------------- | --- | -------- |
| __  | Yellow Pages  | __  | CAAP     |
| __  | Internet      | __  | Attorney |
| ✓   | Other         | __  | Website  |

VI.  ATTORNEY-CLIENT PRIVILEGE WAIVER

I hereby expressly waive any attorney-client privilege as to the attorney, the subject of
this grievance, and authorize such attorney to reveal any information in the professional
relationship to the Office of Chief Disciplinary Counsel of the State Bar of Texas.

I understand that the Office of Chief Disciplinary Counsel maintains as confidential the
processing of Grievances.

I hereby swear and affirm that I am the person named in Section II, Question 1 of this form (the
Complainant) and that the information provided in this complaint is true and correct to the best
of my knowledge.

Signature: _S. Mail_          Date: _12/06/2018_

TO ENSURE PROMPT ATTENTION, THE GRIEVANCE SHOULD BE MAILED TO:

THE OFFICE OF CHIEF DISCIPLINARY COUNSEL
P.O. Box 13287
Austin, TX 78711
Fax: (512) 427-4169

Nick Dauphin

awl 38 single cell
P.O. Box 660334
Dallas, TX 75266-0334

legal

US POSTAGE ) PITNEY BOWES

ZIP 75202
02 4W
0000352611DEC 07 2018
$ 000.68

RECEIVED

DEC 17 2018

Chief Disciplinary Counsel
State Bar of Texas

TO: office of the chief Disiplinary counsel

state bar of texas
P.O. Box 12487
Austin, TX 78711-2487

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

February 19, 2019

Errick Devon Mathis
Inmate #: 16052114
P.O. Box 660334
Dallas, TX 75266

Re: Correspondence Dated  January 28, 2019

Dear Mr. Mathis:

Please be advised that your recent letter submitted to our office is being returned to you for one (1) or more of the following reasons:

_____ 1. The Attorney-Client Privilege and Confidentiality Waiver (Part VI) is not signed. Please sign and return with the rest of the information.

_____ 2. A grievance can only be filed against individual attorneys, not against law firms as a whole. Use a separate form for each attorney about whom you are complaining. Please identify the attorney's name and address.

_____ 3. The information you have provided should be submitted on a State Bar grievance form. This form can be submitted via our online website at http://cdc.texasbar.com, or by completing the attached form and returning it to our office by mail or fax at 512-427-4169.

_____ 4. The additional information you provided in support of your grievance was not received within (10) days of submitting your grievance and therefore has not been considered with your pending grievance.

__X__ 5. **We are unable to process your grievance because more attorney information is needed. The information you provided does not match any of our records. If able, refer to our website www.texasbar.com to look up an attorney's information or have a family member or friend look it up for you. Please include attorney's current complete name, address, and** bar card number **if available. Our office cannot process your grievance without more matching information.**

Please take appropriate action to correct the above referenced items and return all correspondence to the **State Bar of Texas, Office of the Chief Disciplinary Counsel, P.O. Box 13287, Austin, Texas 78711, or await the outcome of a BODA appeal before resubmitting.**

Sincerely,

Office of the Chief Disciplinary Counsel
State Bar of Texas

**P. O. Box 12487, Austin, TX 78711, (512) 427-1350, (877) 953-5535, fax: (512) 427-4167**

II. INFORMATION ABOUT YOU -- PLEASE KEEP CURRENT

1. TDCJ/SID # 16052114 ☐ Mr. ☐ Ms. Name: Errick Devon mathis /16052114
   Immigration # _____

   Address: P.O. Box 660334, Dallas, TX 75266-0334

   _____

   City: Dallas _____ State: Texas _____ Zip Code: 75266-0334

2. Employer: _____

   Employer's Address: _____

   _____

3. Telephone numbers: Residence: _____ Work: _____
   Cell: 214-571-8285

4. Email: _____

5. Drivers License # _____ Date of Birth 08-27-1979

6. Name, address, and telephone number of person who can always reach you.

   Name Rita Mathis - Patsy Mathis   Address 2311 Anzio Dr. #134, Dallas TX.

   75224 _____ Telephone 214-571-8285 - 214-943-3640

7. Do you understand and write in the English language? Yes
   If no, what is your primary language? _____
   Who helped you prepare this form? Keosk / inmate helper
   Will they be available to translate future correspondence during this process? Yes

8. Are you a Judge? No
   If yes, please provide Court, County, City, State: _____

III. INFORMATION ABOUT ATTORNEY

   Note: Grievances are not accepted against law firms. You must specifically name the
   attorney against whom you are complaining. A separate grievance form must be
   completed for each attorney against whom you are complaining.

1. Attorney name: ~~Chris~~/Paul Johnson   Address: PDO-Frank Crowley courts Bldg.
                                                      133 N. Riverfront Blvd., 9th Fl.
                                                      Dallas, TX 75207

0617                                                                                    2

RECEIVED
JAN 28 2019
Chief Disciplinary Counsel
State Bar of Texas
N. 1:1026

City: Dallas          State: TX          Zip Code: 75207

2.  Telephone number: Work 214-653-3550 Home _____ Other _____
3.  Have you or a member of your family filed a grievance about this attorney previously?
    Yes ✓ No ☞ If "yes", please state its approximate date and outcome. (yes) –

    motion to 363rd to dismiss counsel - commission of Judicial conduct – Was told Paul
    Johnson has to go to trial with cause

    Have you or a member of your family ever filed an appeal with the Board of Disciplinary
    Appeals about this attorney?

    Yes ___ No ✓ If "yes," please state its approximate date and outcome.

    _____

4.  Please check one of the following:
    _____  This attorney was **hired** to represent me.
    ___✓___  This attorney was **appointed** to represent me.
    _____  This attorney was hired to represent **someone else**.

    Please give the date the attorney was hired or appointed. N/A – Not Sure

    Please state what the attorney was hired or appointed to do. Supposedly MHMR

    _____

    _____

5.  What was your fee arrangement with the attorney? None

    _____

    How much did you pay the attorney? Nothing

    _____

    If you signed a contract and have a copy, please attach.
    If you have copies of checks and/or receipts, please attach.
    Do not send originals.

6.  If you did not hire the attorney, what is your connection with the attorney? Explain briefly
    miscomunications, denied my u.s. const. Rights, Them onley to get A plea deal
    and conviction on A frivolous cause and indictment.

0617                                                              3

7. Are you currently represented by an attorney? _Yes_
   If yes, please provide information about your current attorney: _paul Johnson has not fulfilled requ-_

   _osts by me to see medical records of accusser, my signature/consent at many_
   _relevancys, seeks conviction with D.A. Not needed mental health acknowleges_

8. Do you claim the attorney has an impairment, such as depression or a substance use
   disorder? If yes, please provide specifics (your personal observations of the attorney
   such as slurred speech, odor of alcohol, ingestion of alcohol or drugs in your presence
   etc., including the date you observed this, the time of day, and location).

   _Becomes angry after asking pluse of better understanding MHMR Attorney to_

   _see the frivolous cause. Became angry Not pleaing, Keept saying set for speedy trial_
   _but did not_

9. Did the attorney ever make any statements or admissions to you or in your presence that
   would indicate that the attorney may be experiencing an impairment, such as depression
   or a substance use disorder? If so, please provide details.

   _No_

   _____

## IV. INFORMATION ABOUT YOUR GRIEVANCE

1. Where did the activity you are complaining about occur?

   County: _DCSD_ City: _Dallas_

2. If your grievance is about a lawsuit, answer the following, if known:

   a. Name of court _____

   b. Title of the suit _____

   c. Case number and date suit was filed _____

   d. If you are not a party to this suit, what is your connection with it? Explain briefly.

   _____

   **If you have copies of court documents, please attach.**

3. Explain in detail why you think this attorney has done something improper or has failed
   to do something which should have been done. Attach additional sheets of paper if
   necessary.

Supporting documents, such as copies of a retainer agreement, proof of payment, correspondence between you and your attorney, the case name and number if a specific case is involved, and copies of papers filed in connection with the case, may be useful to our investigation. <u>Do not send originals, as they will not be returned.</u> Additionally, please do not use staples, post-it notes, or binding.

Include the names, addresses, and telephone number of all persons who know something about your grievance.

Also, please be advised that a copy of your grievance will be forwarded to the attorney named in your grievance.

On 11/12, 13 or 16/2018, I'd see Judge Holmes 363rd pro se. I'd explain that I'd been in NCSD since 09/26/2016 given a unsealed indictment, a frivolous charge(s), Johnson has told me I have no mental Illness. Johnson has given me no documents in right of Speedy trial RoI, facing accusser nor hearings. Has prolonged my stay here

## V.  HOW DID YOU LEARN ABOUT THE STATE BAR OF TEXAS' ATTORNEY GRIEVANCE PROCESS?

| | | | |
|---|---|---|---|
| __ | Yellow Pages | __ | CAAP |
| __ | Internet | __ | Attorney |
| ✓ | Other | __ | Website |

## VI.  ATTORNEY-CLIENT PRIVILEGE WAIVER

I hereby expressly waive any attorney-client privilege as to the attorney, the subject of this grievance, and authorize such attorney to reveal any information in the professional relationship to the Office of Chief Disciplinary Counsel of the State Bar of Texas.

I understand that the Office of Chief Disciplinary Counsel maintains as confidential the processing of Grievances.

I hereby swear and affirm that I am the person named in Section II, Question 1 of this form (the Complainant) and that the information provided in this complaint is true and correct to the best of my knowledge.

Signature: _____   Date: 12/06/2018

TO ENSURE PROMPT ATTENTION, THE GRIEVANCE SHOULD BE MAILED TO:

THE OFFICE OF CHIEF DISCIPLINARY COUNSEL
P.O. Box 13287
Austin, TX 78711
Fax: (512) 427-4169

ERRick Devon Mathis/1605214
2wU02 single cell
P.O. Box 660334
Dallas, TX 75266-0334



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 75202  $ 000.47⁰
02 4W
0000352612 JAN 25 2019

RECEIVED

JAN 28 2019

Chief Disciplinary Counsel
State Bar of Texas
By: ___N. FLORES___

To: Chief Disiplinary counsel –
state Bar of Texas
P.O. Box 12487
Austin, TX 78711-2487

Legal     78711I2487 B008

# State Commission on Judicial Conduct

**Officers**
Catherine N. Wylie, Acting Chair
David C. Hall, Secretary

**Members**
Demetrius K. Bivins
David M. Russell
David M. Patronella
Tramer J. Woytek
Darrick L. McGill
Sujeeth B. Draksharam
Ruben G. Reyes
Ronald E. Bunch
Amy Suhl
Maricela Alvarado



**Executive Director**
Eric Vinson

January 22, 2019

**CONFIDENTIAL**

Errick D. Mathis
P.O. Box 660334
Dallas, TX 75266

Re: CJC No. 18-0994

Dear Mr. Mathis,

The Commission is in receipt of your request for reconsideration. Pursuant to Section 33.035 of the Texas Government Code, we cannot grant your request based on the information you provided because, even if true, it does not contain new allegations or evidence of judicial misconduct. Further, in part, some of your allegations involve the judge's discretionary rulings, of which you have an appellate remedy and are not subject to review by this agency.

Although we understand that you are not satisfied with the Commission's decision please be assured that the Commission took your arguments and evidence into consideration when it reached its decision. We apologize that we cannot assist you with your concerns.

Sincerely,

Eric Vinson
Executive Director

EV/jh

# State Commission on Judicial Conduct

**Officers**
Douglas S. Lang, Chair
Catherine N. Wylie, Vice Chair
David C. Hall, Secretary

**Members**
Demetrius K. Bivins
David M. Russell
David M. Patronella
Tramer J. Woytek
Darrick L. McGill
Sujeeth B. Draksharam
Ruben G. Reyes
Ronald E. Bunch
Maricela Alvarado
Amy Suhl



**Executive Director**
Eric Vinson

December 11, 2018

**CONFIDENTIAL**

Errick D. Mathis
#16052114, 2WL 35 Single Cell
P.O. Box 660334
Dallas, TX 75266

Re:    CJC No. 18-0994

Dear Mr. Mathis:

We appreciate the concerns raised in your complaint. However, after conducting a thorough investigation into the allegations that the judge improperly delayed your proceedings and has failed to timely execute the business of the court, and otherwise failed to conduct the proceedings according to law, the Commission determined, in its discretion, that there was insufficient evidence to support a finding of judicial misconduct and that, in part, the decisions of the judge in your case were discretionary and not subject to review by this agency. Although we are prohibited by law from disclosing the specifics of our investigation, please be aware that our investigation included, but was not limited to, interviewing other individuals with knowledge of the matters addressed in the information you provided and reviewing court records and pleadings. In conformity with the specific constitutional provisions, statutes and canons, which limit the actions that may be considered judicial misconduct, the Commission voted to dismiss your complaint.

However, if you have additional evidence (e.g., witness statements, affidavits, hearing transcripts, etc.) that you believe may not have been reviewed or considered by the Commission, you may request, **one time only**, a reconsideration by the Commission. Please provide your written Request for Reconsideration, along with photocopies of any documents you wish the Commission to review, **no later than** thirty (30) days from the date of this letter. Be sure to reference the above-listed file numbers in your requests.

While not all complaints result in a finding of misconduct, we appreciate your concerns and your interest in assisting us in maintaining the high ethical standards of the Texas judiciary. Thank you for bringing these issues to our attention.

**STATE COMMISSION ON JUDICIAL CONDUCT**

Enclosure: Reconsideration Request



The State of Texas vs. ERRICK MATHIS                                                    363rd
DOB: 8/27/1979        Sex: Male        Race: Black

SID No. TX05454785                                                     GJ Witness: read in
AIS No. <#CID#>

| C | Offense | LD | Statute | Agency | TRN | TRS | NCIC Code |
|---|---------|----|---------|--------|-----|-----|-----------|
| 1 | -<br>AGG ROBBERY | F1 | PC 29.03 | TXDPD0000 | 924907258<br>9 | A002 | 12990002 |

---

### INDICTMENT NO.: F1676388

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

The Grand Jury of Dallas County, State of Texas, duly organized at the July Term, A.D., 2016 of the Criminal District Court No. 5 for said County, upon its oath do present in and to said Court at said term,

That ERRICK MATHIS, hereinafter called Defendant, on or about the 26th day of September, 2016 in the County of Dallas, State of Texas, did then and there intentionally and knowingly, while in the course of committing theft of property and with intent to obtain or maintain control of said property, cause serious bodily injury to another DUANE HILL, hereinafter called complainant, by STRIKING COMPLAINANT WITH A HAND AND FIST, AND BY FORCING COMPLAINANT TO AND AGAINST THE GROUND,
And it is further presented in and to said Court that a deadly weapon, to-wit: A HAND, was used or exhibited during the commission of the aforesaid offense or during immediate flight following the commission of the aforesaid offense,

### Enhancements

And it is further presented to said Court that prior to the commission of the offense or offenses set out above, the defendant was finally convicted of the felony offense of AGGRAVATED ROBBERY, in the CRIMINAL DISTRICT COURT NO. 5 of DALLAS County, Texas, in Cause Number F9752354, on the 19TH day of DECEMBER, A.D., 1997,

Against the peace and dignity of the State.

2016 OCT 27 AM 9:52

_____
Foreman of the Grand Jury

STATE OF TEXAS                   AFFIDAVIT FOR ARREST WARRANT           COUNTY OF DALLAS

   BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, on oath stated: My name is **Det. J. Brow #9406**  and I am a peace officer of the City of Dallas, Dallas County, Texas.  I, the affiant, have good reason and do believe that on or about the **26th** day of **September**, 20 **16**, one (name of suspect) **Errick Mathis** did then and there in the City of Dallas, Dallas County, Texas commit the offense of **Aggravated Robbery**, a violation of Section **29.03** of the  **PC** , a  **F/1** .

Affiant's belief is based upon the following facts and information which Affiant received from:
☒  Affiant's personal investigation of this alleged offense.
☐  _____, a fellow peace officer of the City of Dallas, Dallas County, Texas, who personally participated in the investigation of this alleged offense, providing this information to Affiant, and whose information Affiant believes to be credible.


On September 26, 2016, at approximately 4:00 PM, Suspect Errick Mathis committed the offense of Aggravated Robbery, a violation of Section 29.03 of the Texas Penal Code F/1, at 6060 N Central Expressway, Dallas, Dallas County, Texas. The Complainant in this offense is Duane Hill.

On September 26, 2016, at approximately 4:00 PM Complainant Duane Hill was on the escalator exiting the Mockingbird Dart Train station walking to work, when suspect Errick Mathis approached him and asked if the complainant was a Fed.  The suspect continued to follow the complainant to the parking lot at 6060 N Central Expressway. The suspect then punched the complainant in the face with a closed fist, knocking him to the ground. The suspect and complainant continued to have a physical altercation while the suspect took the complainant's cell phone and $60.00 dollars from the him. After the offense, the suspect walked into the office building at 6060 N. Central Expressway and then fled the location heading east bound towards the Mockingbird Dart Station.  Dallas Fire Rescue responded to the offense location and transported the complainant to Presbyterian Hospital to be treated for his injuries, which included a broken leg.

Officer J. James #5547 and D. Ponce #10459 responded to the offense location, they were told that the suspect was headed to the Mockingbird Dart station. Officer J. James #5547 and D. Ponce #10459 went to the Dart station and found the suspect on the south bound Dart train sitting down. Officer J. James #5547 entered the train and placed the suspect under arrest. When Officer J. James #5547 did a search incident to arrest of the suspect, he found the complainant's cellphone on him. Officer J. James #5547 transported the suspect to Dallas Police HQ to be interviewed by detectives.  During the ride to HQ the suspect made res gestae statements to Officer J. James #5547," I did not attack him, he attacked me" and "that nigger leg ain't broken, he is faking."

Detective J. Llanes #7609 went to Presbyterian Hospital and spoke with the complainant in which he verified the facts of the offense.

Detective J. Brow #9406 read the suspect his Miranda Warning and he agreed to speak with detective. The suspect admitted to asking the complainant if he was assisting the federal government, getting into an altercation with the complainant and taking his phone.

The suspect was transported to Lew Sterett Jail without incident.



Judge Carl Hays
400 So. Zang Blvd., Suite 802
Dallas, Texas 75208

U.S. POSTAGE
PAID
DALLAS, TX
75208
JUN 30, 17
AMOUNT
**$0.70**
R2304E105817-14

UNITED STATES
POSTAL SERVICE

1000          75202

Mr. Erick Mathis
BI# 16052114
500 Commerce Street
Dallas, Texas 75202

2-I

75202$4729  C004

*"We handle your legal needs professionally, expeditiously and compassionately"*

| | |
|---|---|
| 400 So. Zang, Suite 802 | Office (214) 948-3377 |
| Dallas, Texas 75208 | Fax (214) 948-0106 |

June 27, 2017

Mr. Erick Mathis
BI# 16052114
500 Commerce Street
Dallas, Texas 75202

Re: The State of Texas
      Vs.
    Eric Mathis

Dear Mr. Mathis

I am writing to inform you of the rescheduling of your Pre-Trial. Your Pre-Trial was scheduled for July 6, 2017. Your Judge will be on vacation on that date so your Pre-Trial has been rescheduled for July 13, 2017.

I have informed you of the plea bargain which you have rejected and you have an absolute right to reject any plea bargain offer and require the state to prove the case and enhancement against you. Should the state not be able to prove their case and the enhancement against you, you will be found not guilty and will be released. On the other hand should the state prove their case against you and also prove up the enhancement paragraph, the range of punishment you will be facing is not less than Fifteen (15) Years to Ninety-Nine (99) Years or Life and a fine up to Ten Thousand ($10,000.00) Dollars.

I have filed all necessary and appropriate motions for discovery. The state is required to turn over all of the evidence they have in the case. A motion to suppress is probably not an appropriate motion to file at this time because I am not aware of any evidence that was obtained in violation of your rights which is required in order to be successful in a motion to suppress.

There is no new evidence that I have received that I need to discuss with you at this time. I will come visit and go over any and all new information when and if it becomes available to me. I will also come and visit with you when we get closer to your trial date should you decide your case should be tried. In the meantime, I am requesting you to send me a copy of your version of your case and a list of witnesses, addresses and telephone numbers of people you would like for me to contact.

I am enclosing for your review a copy of your Indictment, the Police Report and a copy of motions I have filed.

Sincerely,

Carl Hays

**CAUSE NUMBER F16-76388**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE CRIMINAL** |
| **VS.** | § | **DISTRICT COURT NO. 363** |
| **ERIC MATHIS** | | **DALLAS COUNTY, TEXAS** |

FILED
2016 NOV 30 AM 9: 32
FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

## OMNIBUS PRETRIAL MOTION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Defendant in the above-styled and numbered cause files this Election and Omnibus Pretrial Motions requesting the following:

1. *Election of Punishment.*

   Defendant, in the event that the jury finds the defendant guilty, elects punishment to be assessed by the:

   _____ Jury.
   _____ Judge

2. *Complete Record.*

   Defendant requests that a complete record be made of the trial, including voir dire, all testimony, bench conferences, and argument of counsel.

   GRANTED_____ DENIED\_\_\_\_\_ AGREED\_\_\_\_\_ WITHDRAWN\_\_\_\_

3. *Arraignment.*

   Defendant requests arraignment outside the presence of the jury.

   GRANTED\_\_\_\_\_ DENIED\_\_\_\_ AGREED\_\_\_\_ WITHDRAWN_____

4. *Shuffle.*

   Defendant requests that a shuffle of the jurors be made.

GRANTED_____ DENIED_____ AGREED_____ WITHDRAWN_____

5. *List of Witnesses.*

Defendant requests a list of witnesses by the State who will be called in the case-in-chief or rebuttal at the guilt/innocence stage or the punishment stage of the trial. Defendant requests that the list of witnesses include sufficient contact information that will enable defense counsel and/or defense investigator to contact and interview said witnesses. Defendant requests this list and said contact information to be tendered to defense counsel within a reasonable amount of time before trial. **Stearnes v. Clinton, 780 S.W.2nd 216 (Tex. Crim.App. 1989) see also Richards v. Quartmann, 566 F.3rd 533, 571 (5th Cir. 2009).**

GRANTED_____ DENIED_____ AGREED_____ WITHDRAWN_____

6. *Grand Jury Testimony.*

Defendant requests that counsel for the Defendant be permitted to examine the testimony of each witness who testified before the Grand Jury at such time as they are passed for cross-examination, and to be advised, prior to trial, of the names of any persons who testified in regard to this case at the Grand jury hearing.

GRANDED_____ DENIED_____ AGREED_____ WITHDRAWN_____

7. *Identification Hearing*

Defendant requests an identification hearing outside the presence and hearing of the jury.

GRANTED_____ DENIED_____ AGREED_____ WITHDRAWN_____

8. *Physical Evidence.*

Defendant requests a hearing outside the presence and hearing of the jury to determine the admissibility of any physical evidence recovered during the investigation of this case which the District Attorney intends to offer as evidence herein , and would request the Court to suppress this evidence if the Court determines that the evidence was obtained in violation of the United states Constitution or federal law or the Constitution or laws of the State of Texas.

GRANTED_____ DENIED ____ AGREED ____ WITHDRAWN ____

### 9. Defendant's Statements.

Defendant requests a hearing outside the presence and hearing of the jury prior to the introduction of any statements allegedly made by the Defendant, either orally or in writing, to determine the voluntariness and admissibility of them, and requests disclosure of these statements prior to trial.

GRANTED ____ DENIED ____ AGREED ____ WITHDRAWN ____

### 10. Exculpatory, Mitigating or Evidence Inconsistent with Guilt.

Defendant requests the disclosure of any and all exculpatory, mitigating, and /or evidence inconsistent with guilt to the Defendant in any way, which the prosecution or any law enforcement angency may have in its possession or within its knowledge or which it has a duty to inquire of concerning this Defendant in this case. **Brady v. Maryland**

GRANTED ____ DENIED ____ AGREED ____ WITHDRAWN ____

### 11. Disclosure/Production of Physical Evidence

Defendant requests the production and disclosure of all physical evidence Or tangible items, objects, and matters not the work product of the State which are or may be relevant to the guilt or innocence of the accused, and which evidence will or may be offered by the State in the trial of this case. Further, the Defendant requests the State to produce prior to trial any laboratory reports or expert opinions pertaining to any test conducted at the request of the State or any law enforcement agency on physical evidence.

GRANTED ____ DENIED ____ AGREED ____ WITHDRAWN ____

### 12. Expert Testimony.

Defendant requests a 705(b) T.R. E. hearing on any Expert testifying for the State. Defendant would also request notice prior to trial that an Expert will be used and on what the expert plans to testify to or about.

GRANTED _____ DENIED _____ AGREED _____ WITHDRAWN _____

### 13. Witness(es) Statements.

Defendant requests that the State make available to counsel any and all written statements made or adopted by a witness who testifies, and/or any statements used by a witness to refresh his memory as to the events involved in the trial, at such time as the witness is passed by the State for cross-examination.

GRANTED _____ DENIED _____ AGREED _____ WITHDRAWN _____

### 14. Criminal History of Witness.

Defendant requests that the Court order the State to produce, prior to trial, any and all criminal records of State's Witnesses, as well as juvenile records, that they intend to call to the stand in the trial of this case, and further, to determine and disclose any pending charges that the witnesses may have.

GRANTED _____ DENIED _____ AGREED _____ WITHDRAWN _____

### 15. Influenced Testimony by Witness

Defendant requests the Court to instruct and order the State, prior to trial, to reveal any agreement entered into between the State and/or any law enforcement agency that could conceivably influence the witness's testimony. Defendant would further request that the State reveal, whether implied or express, any and all promises, aid, assistance, reward, compensation, or benefit conferred upon the witness that could, would, or might receive if the witness complies with the State and/or any law enforcement agency. In the event that any agreement has been entered into between the State and/or any law enforcement agency and the witness, Defendant requests, prior to trial, a complete and exact disclosure of the agreement including all notes, documents, and records reflecting the agreement.

GRANTED _____ DENIED _____ AGREED _____ WITHDRAWN _____

### 16. Reputation.

Defendant requests a hearing outside the presence and hearing of the jury to consider the admissibility of all reputation evidence presented by the State before such testimony is offered before the jury.

GRANTED _____ DENIED _____ AGREED _____ WITHDRAWN _____

### 17. Impeachment of the Defendant. 609(a) T.R.E.

Defendant moves the Court, Pursuant to **609(a) T.R.E.,** to allow him to testify at the guilt/innocence stage of the trial free from impeachment by any or all of his prior convictions as well as any extraneous offenses that the State has given notice of intent to use for such purposes. Defendant would request a hearing outside the jury's presence in regard to this matter. **Theus v. State.**

GRANTED _____ DENIED _____ AGREED _____ WITHDRAWN _____

### 18. Punishment Notice. 37.07 T.C.C.P.

Defendant requests notice prior to trial of any evidence of bad acts or unadjudicated offenses allegedly committed by the Defendant, or for which he may be held criminally responsible, which the State intends to admit before the jury in the sentencing stage under **37.07 T.C.C.P.** Further, Defendant requests the Court to have a hearing outside the jury's presence and hearing prior to the admission of any such evidence is ruled upon its admissibility.

GRANTED _____ DENIED _____ AGREED _____ WITHDRAWN _____

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that a hearing be held on this Election and Motion and that the Court orders the State to produce the requested items as designated above and permit the Defendant to inspect, copy, photograph, and conduct any necessary tests on such items. The items are not privileged and are within the proper scope of discovery.

Defendant prays that this Election and Motion be in all things granted.

Respectfully submitted,

Carl Hays S.B.# 09298600
727 So. R.L. Thornton Frwy.
Dallas, Texas 75203
(214) 948-3377
Carlhays9@aol.com

## CETTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served
upon the District Attorney on the same date it was filed with the court

Carl Hays

## ORDER

On this the _____ day of _____ 20 ___, came
to be considered Defendant's Election and Omnibus Pretrial Motion and the
Court's rulings are put beside the corresponding request.

_____
JUDGE PRESIDING

# INSTRUCTIONS RELATING TO
# PRELIMINARY INITIAL APPEARANCE



Cause No. **M1718892**

Offense:   **INDECENT EXPOSURE**

The State of Texas

vs.

**ERIC DEVON MATHIS**

On this date appeared _____**ERIC DEVON MATHIS**_____, hereafter referred to as defendant, who makes his initial appearance in connection with the above numbered cause. At this appearance a hearing was held, at which the following took place:

1. Defendant was informed as provided in Art. 15.17 CCP.

2. Bail was set in the amount of $ **$500.00**

3. All misdemeanor charges associated with this arrest are assigned to and shall be filed in ____**JUDGE JULIA HAYES**____ Court, **County Criminal Court No. 2 (MB)**

[03/03/2019] - A Dallas County Jail system disiplinary Hearing incident report(No. N1713222) shows Disiplinary Proceedure, found and held punished. with the Cause No. M1718892 will unconstitutional see claims 3:18-cv-1972, 3:18-cv-01078

Copies of these instructions served on defendant and transporting officer on this **14** day of _____**November**_____, 20**17** .

# LAW LIBRARY DOWN ONLY

DATE: 12-27-17

THE FOLLOWING INMATES ARE DOWN ONLY TO THE LAW LIBRARY          TIME:

| NAME: | B.NO# | TANK | ATT | NON-ATTENDANCE | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Y/N | D&O | TF | REF | OTHER | |
| Wiser Zachary | 17047137 | 2w2 | N | | | ✓ | | |
| Jones Desmond | 17034622 | 2w5 | Y | | | | | 800 |
| Rogers Michael | 16060553 | 2w6 | N | | | ✓ | | |
| Williams Lance | 16042688 | 2w15 | Y | | | | | 800 |
| Ehrich, Johnny | 12035482 | 2w49 | N | | / | | | |
| Torres Javier | 17035513 | 2w29 | N | | | | REF | 800 |
| Daniels Hal | 17057855 | 2w30 | Y | | | | | |
| Stapleton Jose | 17059601 | 2w33 | N | | | | Ref | |
| Dunbar Latarence | 17038198 | 2w37 | Y | | | | | 800 |
| Bell Willie | 16018358 | 2w38 | Y | | | | | 1120A |
| Korona Jamil | 17057514 | 2w39 | N | | | ✓ | | |
| Holton Rodney | 17027503 | 2w40 | Y | | | | | 1120A |
| Willis Dan | 17013889 | 2w41 | N | | | ✓ | | |
| Wright Courtney | 17029157 | 2w45 | Y | | | | | 1120 Name forged |
| Mathis Eric | 16005214 | 2w52 | N | | / | | | — There is no 2w 52 cell see previous claims, denied access to the courts 6th, 14th, 1st, 4th 8th Amend. violations E Mathis/16052114 |

| TOTALS | SITES RECEIVED | OFFERED | PULLED | D&O | TF | REF | OTHER |
|---|---|---|---|---|---|---|---|
| PREVIOUS TOTAL | 803 | 585 | 184 | 2 | 76 | 258 | 65 |
| TODAYS TOTALS | 31 | 15 | 7 | | 2 | 4 | 2 |
| GRAND TOTAL | 834 | 600 | 191 | 2 | 78 | 262 | 67 |

E Mathis
LIBRARY OFFICER

KEY:
Y/N      = YES/NO
D&O      = DOWN & OUT
TF       = TRANSFERRED
REF      = REFUSED
OTHER    = RELEASED OR OTHER

PAGE _____ OF _____

CONTROL CENTER OFFICER

WHITE/LAW LIBRARY          YELLOW/CONTROL CENTER          REV 02/1901

123

# LAW LIBRARY DOWN ONLY

DATE: _12-4-17_

THE FOLLOWING INMATES ARE DOWN ONLY TO THE LAW LIBRARY

TIME: _3:30_

| NAME: | BNO# | TANK | ATT | NON-ATTENDANCE | | | |
|---|---|---|---|---|---|---|---|
| | | | Y/N | D&O | TF | REF | OTHER |
| 1. Mathis, Errick | 16052114 | Ng 03 | Y | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |

| **TOTALS** | KITES RECEIVED | OFFERED | PULLED | D&O | TF | REF | OTHER |
|---|---|---|---|---|---|---|---|
| PREVIOUS TOTAL | — | — | — | — | — | — | — |
| TODAYS TOTALS | 1 | 1 | 1 | — | — | — | — |
| GRAND TOTAL | 1 | 1 | 1 | — | — | — | — |

Singleton # 1924 Reed 3276
LIBRARY OFFICER

_____
CONTROL CENTER OFFICER

KEY:
Y/N   = YES/NO
D&O  = DOWN & OUT
TF   = TRANSFERRED
REF  = REFUSED
OTHER = RELEASED OR OTHER

PAGE _____ OF _____

WHITE/LAW LIBRARY        YELLOW/CONTROL CENTER     REV 02/19/01

Signature ID #1924
Denied access to the courts

## LAW LIBRARY DOWN ONLY

DATE: 8-14-17

THE FOLLOWING INMATES ARE DOWN ONLY TO THE LAW LIBRARY          TIME: _____

| NAME | BNO# | TANK | ATT Y/N | D&O | TF | REF | OTHER |
|------|------|------|---------|-----|----|----|-------|
| Homo  Bunks, Damius | 17022640 | 2P3 | Y | | | ✓ | |
|       Boone, Micheal | 17035059 | 2P3 | N | | | | |
|       Scott, Billy | 17021161 | 2P3 | N | X | | | |
| medical  Cooper, Ronald | 17040182 | 2P4 | Y | | | | |
|       Mathis, Ennick | 16052114 | 2P4 | Y | | | | |
|       Jonas, Robert | 17036646 | 2P1 | N | X | | | |
|       McDee, Ricky | 16052901 | 2P5 | N | X | | | |
| house  Stubblefield Marquis | 16046186 | 2P0 | N | X | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TOTALS | KITES RECEIVED | OFFERED | PULLED | D&O | TF | REF | OTHER |
|--------|----------------|---------|--------|-----|----|----|-------|
| PREVIOUS TOTAL | 201 | 176 | 80 | 12 | 26 | 44 | 14 |
| TODAYS TOTALS | 09 | 08 | 03 | — | 04 | 01 | — |
| GRAND TOTAL | 220 | 184 | 83 | 12 | 30 | 45 | 14 |

16052114

1924

LIBRARY OFFICER

_____
CONTROL CENTER OFFICER

KEY:
Y/N = YES/NO
D&O = DOWN & OUT
TF = TRANSFERRED
REF = REFUSED
OTHER = RELEASED OR OTHER

PAGE _____ OF _____

WHITE/LAW LIBRARY     YELLOW/CONTROL CENTER     REV 02/19/01

Signature different Id # same —
Denied Access To the Courts

117

- Motion of Continuance -

Mathis/1605a114

. V

Tex. state /Local Dallas county officials

plaintiff prays and asks the courts to continue proceedings docketing this claim without no.1 (4.) original plus 1 copy due to inadequate Law Library By DCSO/parklands staff, being "proven" denied Law Library access at request on unit keusks. Inmates are Now also being denied while on restriction, 2WU01-47, access to use unit keosk, ~~etc~~. Pur. A chief sanders

Respectfully submitted 03/21/2019 by Errick Devon Mathis/1605a114 - Mail given to officer 1st watch housed N.T. 2WU13 single cell

Y. Marike / 1605a114



TAMEKA CRAWFORD
Notary Public State of Texas
My Commission # 126165726
My Comm. Exp. May 15, 2020

Errick Devon Mathis/16052114
N.T. 2WU13 single cell
P. O. Box 660334
Dallas, TX 75266-0334



RETURNED TO SENDER

Postage Due

**Found in supposedly empty equipment**

Legal

Legal



RECEIVED-3

MAY 3 0 2019

MAILROOM

FOREVER USA

Barn Swallow

UNITED states District court
office of the clerk
Northern Dist. of Texas (Dallas)
Federal Bldg,
1100 commerce - Room 1452
Dallas, TX 75242-1495

© USPS 2016.

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT ♻

